# IN THE SUPREME COURT OF THE STATE OF NEVADA

GENE ANTHONY ALLEN,
Appellant,

vs.

THE STATE OF NEVADA,
Respondent.

No. 79865

**FILED**

NOV 2 5 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S.Young
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This appeal was initiated by the filing of a pro se notice of appeal. First Judicial District Court, Carson City; James E. Wilson, Judge.

On October 16, 2019, appellant filed a pro se notice of appeal. The notice of appeal fails to identify any decisions of the district court. *See* NRAP 3(c)(1)(B). To the extent that appellant's appeal is in regard to the "order for more definite statement for petition for writ of habeas corpus" entered on September 11, 2019, no statute or court rule provides for an appeal from such an order. *Castillo v. State*, 106 Nev. 349, 792 P.2d 1133 (1990). Accordingly, this court

ORDERS this appeal DISMISSED.[1]

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Silver

---

[1]Given this order, this court takes no action on the pro se documents filed on November 6, 2019, and November 20, 2019.



19-48100

cc: Hon. James E. Wilson, District Judge
Gene Anthony Allen
Attorney General/Carson City
Carson City District Attorney
Carson City Clerk